## Margaret Noack, Defendant in Error, v. Rudolph Wosslick, Plaintiff in Error.

### Gen. No. 17,607.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. Edwin K. Walker, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1911. Affirmed. Opinion filed October 15, 1913. Rehearing denied October 24, 1913.

### Statement of the Case.

Action by Margaret Noack against Rudolph Wosslick to recover for injuries received by plaintiff by reason of defective condition of defendant's premises. From a judgment in favor of plaintiff for two hundred and seventy-five dollars, defendant brings error.

Harvey E. Wynekoop, for plaintiff in error.

No appearance for defendant in error.

Mr. Justice Baume delivered the opinion of the court.

### Abstract of the Decision.

1. Negligence, § 23*—*who are invitees*. A person patronizing a summer garden is not a trespasser or a mere licensee but an invitee.

2. Negligence, § 24*—*duty of owner to invitees*. Person managing a restaurant and summer garden must exercise reasonable care to make and keep the premises in a reasonably safe condition for their proper use by patrons.

3. Negligence, § 24*—*liability for unsafe condition of premises*. Operator and manager of summer garden *held* liable for injuries sustained by a woman patron where the injuries resulted from the unsafe condition of a platform on which she stepped while attempting to go to the women's retiring room.

4. Negligence, § 250*—*when error in instruction harmless*. Instruction that it is the duty of defendant to exercise ordinary care to preserve and keep his place in a reasonably safe condition for his patrons and visitors, *held*, not to harm defendant because of the use of the word "visitors," in a case in which the plaintiff was an invitee.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.